UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: Christopher Gregg Thomas,<br>Debtor, | Case No. 11-13858-ABC |
| Joel Poirier,<br>Plaintiff-Judgment Creditor, | Chapter 7 |
| v. | |
| Christopher Gregg Thomas,<br>Defendant-Debtor. | Adv. Proc. No. 11-01349 |

## ORDER TO INCREASE AMOUNT OF JUDGMENT

Upon Judgment Creditor Joel Poirier's ("Poirier") Motion to Increase Amount of Judgment ("Motion"), ~~and the Court being fully advised in the premises thereof, the Court enters the following Order~~: Defendant having failed to file a response thereto, it is hereby ORDERED:

1. On August 1, 2013, the Court entered a non-dischargeable judgment in favor of Poirier against Debtor Christopher Gregg Thomas ("Debtor") in the sum of $176,000.00.

2. Poirier acknowledges recovering payments from Debtor from August 2011 through February 2013 totaling $43,250, and acknowledges this reduces the judgment amount from $176,000.00 to 132,750.00.

3. Since March 15, 2013, however, Debtor has failed to comply with the payment plan set forth in the parties' Stipulation for Settlement and Request for Court Order, dated July 22, 2011. ("Stipulation"). Debtor's failure to comply with that payment plan triggers additional rights of Poirier under the Stipulation.

4. The Court hereby grants the Motion. The Court hereby orders that the remaining amount of the outstanding judgment shall be increased by $22,765.71 (comprised of $4,500.00 for an insufficiently funded check, $16,427.50 for legal fees and $1,838.21 for costs).

Dated this 21st day of August, 2013.

BY THE COURT

_____
U.S. Bankruptcy Judge