UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: Christopher Gregg Thomas,<br>      Debtor, | Case No. 11-13858-ABC |
| Joel Poirier,<br>      Plaintiff-Creditor, | Chapter 7 |
| v. | |
| Christopher Gregg Thomas,<br>      Defendant-Debtor. | Adv. Proc. No. 11-01349 |

## STIPULATION TO WITHDRAW DEBTOR'S
## CLAIM OF EXEMPTION RE: SEPTEMBER 26, 2013 HEARING

Creditor Joel Poirier ("Poirier") and Debtor Christopher Gregg Thomas ("CGT") hereby stipulate that the Claim of Exemption filed with the Bankruptcy Court by CGT is hereby withdrawn. CGT has no objection if the Court orders garnishee Wells Fargo Bank to pay the garnished funds to the Creditor Poirier.

Dated this 21th day of September, 2013.

Respectfully submitted,

_/s/ Jerome M. Joseph 9/24/13_
Jerome M. Joseph, #15077
Godin & Baity, LLC
621 Seventeenth Street, Suite 1900
Denver, CO 80293
(303) 572-3100
*Attorney for Plaintiff-Creditor Joel Poirier*

_/s/ Christopher Gregg Thomas_
Christopher Gregg Thomas
Debtor
P.O. Box 11718
Bozeman, MT 59719

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing **STIPULATION TO WITHDRAW DEBTOR'S CLAIM OF EXEMPTION RE: SEPTEMBER 26, 2013 HEARING** this 24th day of September, 2013, via PACER and U.S. Mail, postage prepaid, to the following:

Brian J. Berardini
Brown, Berardini & Dunning, P.C.
Attorneys At Law
2000 South Colorado Boulevard
Tower Two, Suite 700
Denver, CO 80222

By /s/ Shawna M. Carlson
Shawna M. Carlson