United States Bankruptcy Court
District of Colorado

Poirier,
            Plaintiff                                        Adv. Proc. No. 11-01349-TBM

Thomas,
            Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: potters           Page 1 of 1           Date Rcvd: Nov 21, 2016
                              Form ID: pdf904         Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
ust           +U.S. Trustee,   Bryon G. Rogers Federal Building,   1961 Stout St.,   Ste. 12-200,
               Denver, CO 80294-6004
dft           +Christopher Gregg Thomas,   PO Box 11718,   Bozeman, MT 59719-1718
garn          +Wells Fargo Bank,   Levy Proceddsing,   MAC S3928-021, PO Box 29779,   Phoenix, AZ 85038-9779
intp          +Wells Fargo Bank,   Attn: Janine L. DeLuca, Agent,   Levy Processing,
               MACS3928-021, PO Box 29779,   Phoenix, AA 85038-9779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
            Alison  Goldenberg   on behalf of U.S. Trustee    U.S. Trustee Alison.Goldenberg@usdoj.gov,
             janice.hensen@usdoj.gov
            Brian J. Berardini   on behalf of Garnishee   Wells Fargo Bank BBerardini@bbdfirm.com,
             SBerardini@bbdfirm.com
            Jerome M. Joseph   on behalf of Plaintiff Joel  Poirier jjoseph@allen-curry.com
                                                                            TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | Bankruptcy Case No. 11-13858 TBM |
| Christopher Gregg Thomas, | Chapter 7 |
| Debtor. | |
| | |
| Joel Poirier, | |
| Plaintiff, | Adv. Pro. No. 11-1349 TBM |
| v. | |
| Christopher Gregg Thomas, | |
| Defendant. | |

_____

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED
_____

THIS MATTER comes before the Court *sua sponte* for the purposes of case management.

This adversary proceeding was filed on May 27, 2011.  (Docket No. 1.)  On August 1, 2011, the Court entered Judgment in favor of Plaintiff, Joel Poirier, and against Defendant Christopher Gregg Thomas.  (Docket No. 13.)  Accordingly, on November 4, 2011, the Court closed this case.

Thereafter, on July 16, 2013, the Court reopened the case.  (Docket No. 57.)  Subsequently, the docket reflects some activity in 2013 and 2015 primarily relating to collection on the Judgment.   However, there has been no activity in this case since June 2015.  (Docket No. 83.) Given the lack of any activity in the case over the last 17 months, it appears that the case should be closed.  Accordingly, it is

ORDERED that the Plaintiff shall show cause, on or before **December 9, 2016,** why this case should remain open.   If no response is timely received, the Court will close the case.

DATED this 21st day of November, 2016.   BY THE COURT:

Thomas B. McNamara
United States Bankruptcy Judge